KAREN L. LOEFFLER
United States Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Bryan.Wilson@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JORENE HARRY, individually, as Personal Representative of the Estate of CHANCE HILL, and on behalf of her minor children, E.H. and R.H.,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:08-cv-00178-JWS<br><br>**NOTICE REGARDING SETTLEMENT** |

Defendant United States of America, by and through counsel, hereby notifies the Court that the Plaintiff and the Defendant have reached a negotiated settlement of the claims in this action.  A stipulation for dismissal will be filed after the parties complete the settlement documents and proceedings.

RESPECTFULLY SUBMITTED December 14, 2010, in Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/ E. Bryan Wilson
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3388
Fax: (907) 271-2344
E-mail: Bryan.Wilson@usdoj.gov
FL# 0604501

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2010,
a copy of the foregoing **NOTICE REGARDING
SETTLEMENT** was served electronically on:

Michele Power

s/ E. Bryan Wilson

Harry v. USA
Case No. 3:08-cv-00178-JWS          2