KAREN L. LOEFFLER
United States Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Bryan.Wilson@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JORENE HARRY, individually, as Personal Representative of the Estate of CHANCE HILL, and on behalf of her minor children, E.H. and R.H.,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:08-cv-00178-JWS<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

The Plaintiff and the Defendant, via undersigned counsel, stipulate that all claims which were asserted or which could have been asserted by Plaintiff against the United States in this action may be dismissed with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

RESPECTFULLY SUBMITTED January 25, 2011, in Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

Dated: January 25, 2011

s/ E. Bryan Wilson
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3388
Fax: (907) 271-2344
E-mail: Bryan.Wilson@usdoj.gov
FL# 0604501

POWER and BROWN, LLC

Dated: January 25, 2011

s/ Michele L. Power (consent)
Attorney for Plaintiff
P.O. Box 1809
Bethel, AK 99559
Phone: (907) 543-4700
Fax: (907) 543-3777
E-mail: mpower@powerbrown.com
AK# 9510047

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2011,
a copy of the foregoing **STIPULATION
TO DISMISS WITH PREJUDICE**
was served electronically on:

Michele Power

s/ E. Bryan Wilson

Harry v. USA
Case No. 3:08-cv-00178-JWS                 2